UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Ioseb Toloraia, individually and on behalf of all others similarly situated;

                Plaintiff,

Case No: 1:20-cv-06130-BMC

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND UNITED COLLECTION BUREAU, INC. AND LVNV FUNDING LLC, AND [PROPOSED] ORDER**

                -against-

United Collection Bureau, Inc.; and
LVNV Funding LLC
.
                Defendant(s).
------------------------------------------------------------------------x

      **IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendants United Collection Bureau, Inc. and LVNV Funding LLC, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  January 22, 2021

                                  **HOROWITZ LAW, PLLC**

                                  */s/ Uri Horowitz*
                                Uri Horowitz
                                14441 70th Road
                                Flushing, NY 11367
                                Phone: (718) 705-8706
                                uri@horowitzlawpllc.com

                                *Attorney for Plaintiff Ioseb Toloraia*

Dated:  January 22, 2021

SO ORDERED:  1/22/21

Digitally signed by
Brian M. Cogan

JUDGE, U.S. District Court
Eastern District of New York

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Peter G. Siachos (with consent)*
Peter G. Siachos, Esq.
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: 973-549-2500
psiachos@grsm.com

*Counsel United Collection Bureau, Inc. and LVNV Funding LLC*